# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

| | |
|---|---|
| KEVIN KNIPP,<br><br>    Plaintiff,<br><br>  vs.<br><br>WHITING PETROLEUM CORPORATION, KEVIN S. MCCARTHY, JANET L. CARRIG, SUSAN M. CUNNINGHAM, PAUL J. KORUS, LYNN A. PETERSON, DANIEL J. RICE, and ANNE TAYLOR,<br><br>    Defendants. | Case No.: 1:22-cv-01149-SKC<br><br><br><br>**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |

Notice is hereby given that, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, plaintiff Kevin Knipp ("Plaintiff") voluntarily dismisses this action without prejudice. This notice of dismissal is being filed before service by Defendants of either an answer or a motion for summary judgment. Plaintiff's dismissal of this Action is effective upon filing of this notice.

Dated: July 8, 2022    **BRODSKY & SMITH**

        By: */s/ Marc L. Ackerman*
           Marc L. Ackerman
           Two Bala Plaza, Suite 805
           Bala Cynwyd, PA 19004
           Phone: (610) 667-6200
           Fax: (610) 667-9029
           Email: mackerman@brodskysmith.com

           *Attorneys for Plaintiff*